UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

KATHALINA MONACELLI,

                    Plaintiff,

vs.                                    Case No.  2:08-cv-915-FtM-29SPC

LEE COUNTY EDUCATION ASSOCIATION;
LEE COUNTY SCHOOL BOARD; STEVE
TEUBER District 4 School Board
Member; DIPLOMAT MIDDLE SCHOOL;
ANGELA ROLES,

                    Defendants.
_____

## OPINION AND ORDER

This matter is before the Court on consideration of the
Magistrate Judge's Report and Recommendation (Doc. #10), filed
April 21, 2009, recommending that plaintiff be denied *in forma
pauperis* status and the case be dismissed for failure to state a
claim.  Plaintiff filed Written Objections (Doc. #11) on April 27,
2009.

After conducting a careful and complete review of the findings
and recommendations, a district judge may accept, reject or modify
the magistrate judge's report and recommendation.  28 U.S.C. §
636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982),
cert. denied, 459 U.S. 1112 (1983).  A district judge "shall make
a *de novo* determination of those portions of the report or
specified proposed findings or recommendations to which objection
is made."  28 U.S.C. § 636(b)(1)(C).  This requires that the

district judge "give fresh consideration to those issues to which specific objection has been made by a party." Jeffrey S. v. State Bd. of Educ., 896 F.2d 507, 512 (11th Cir. 1990)(quoting H.R. 1609, 94th Cong. § 2 (1976)). Even in the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. See Cooper-Houston v. Southern Ry., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting an independent examination of the file and upon due consideration of the leave granted to amend the complaint, the Amended Complaint (Doc. #9), the Report and Recommendation, and plaintiff's Objections, the Court accepts the Report and Recommendation of the magistrate judge and overrules the objections.

Accordingly, it is now

**ORDERED**:

1. The Report and Recommendation (Doc. #10) is hereby **adopted** and the findings incorporated herein. The objections thereto are overruled.

2.  Plaintiff's request to proceed *in forma pauperis* is **DENIED** and the case is dismissed without prejudice for failure to state a claim.

3.  The Clerk shall enter judgment accordingly, terminate all deadlines and motions as moot, and close the file.

**DONE AND ORDERED** at Fort Myers, Florida, this __11th__ day of May, 2009.

**JOHN E. STEELE**
**United States District Judge**

Copies:
Hon. Sheri Polster Chappell
United States Magistrate Judge

Counsel of Record
Unrepresented parties